Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| JEAN I MARTIN | ) Chapter 13 ) ) Case No.: 8:04-bk-17222-RK ) ) **NOTICE OF UNCLAIMED DIVIDEND** ) (Bankruptcy Rule 3011) ) ) ) ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300770** in the sum of **$0.10**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

address of the party entitled to said unclaimed dividend is as follows:

BANK ONE
PO BOX 100018
KENNESAW, GA 30156

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0417222 | JEAN I MARTIN<br>ACCT: 4104130014712360 | XXX-XX-6473<br>Claim: 10005 | 0.10 | 0.00 | 0.10 |
| | | TOTALS | 0.10 | 0.00 | 0.10 |

JEAN I MARTIN

BALANCE:            [0.00  33/10005]
SSN: XXX-XX-6473     SSN:
ACCT: 4104130014712360      CASE: 0417222
PRINCIPAL:      0.10    INTEREST:       0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300770

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.10

**PAY** Zero And 10 / 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑃0300770⑃ ⑆061100790⑆000000575186 2⑃